**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
GREGORY JOHN FISCHER,

        Plaintiff,

  - against -

RAFAEL EDWARD CRUZ, also known as
TED CRUZ, NYS BOARD OF ELECTIONS,
and SUFFOLK COUNTY BOARD OF
ELECTIONS,

        Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV 16-1224 (JS)(ARL)

A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on April 7, 2016, *sua sponte* dismissing this action without prejudice for lack of standing, and directing the Clerk of Court to mark this case closed, it is

**ORDERED AND ADJUDGED** that Plaintiff Gregory John Fischer take nothing of Defendants Rafael Edward Cruz, NYS Board of Elections, Suffolk County Board of Elections; that this action is *sua sponte* dismissed without prejudice; and that this case is hereby closed.

Dated:  Central Islip, New York
        April 7, 2016

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT

                              BY:    /S/ JAMES J. TORITTO
                                          DEPUTY CLERK